**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nathan C. Braun,

Plaintiff,

v.

MNDOC; Commissioner of Corrections; MCF-Rush City Warden; MCF-Rush City Grievance Coordinator; MCF-Stillwater Warden; MCF-Stillwater Grievance Authority; and Crystal Brakke, *MNDOC Deputy Commissioner*,

Defendants.

Civ. No. 26-2244 (JWB/SGE)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Shannon G. Elkins issued a Report and Recommendation ("R&R") in this matter on August 13, 2026. (Doc. No. 10.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The August 13, 2026 Report and Recommendation (Doc. No. 10) is **ACCEPTED**. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: September 14, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge